## 17262.   SEWELL v. THE STATE.

LUKE, J.   The evidence amply authorized the conviction of the accused, and the judge properly overruled the motion for a new trial.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED MAY 12, 1926.

Criminal Law, 17 C. J. p. 271, n. 41.

Conviction of possession of liquor; from Greene superior court —Judge Park.  February 3, 1926.

*J. S. Callaway, Miles W. Lewis,* for plaintiff in error.

*Joseph B. Duke, solicitor-general,* contra.